# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kiss Catalog, Ltd.,

    Plaintiff(s),

vs.

Phil Elliott et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv384

DECISION BY COURT. This action having come before the Court by its own Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/2/2008 Order.

Signed: September 2, 2008

Frank G. Johns, Clerk
United States District Court