UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04cv384

| | | |
|---|---|---|
| KISS CATALOG, LTD, a New York Corporation, | ) | **FILED**<br>CHARLOTTE, NC |
| | ) | |
| Plaintiff, | ) | AUG 2 2 2013 |
| | ) | |
| vs. | ) | US District Court |
| PHIL ELLIOTT, a Georgia resident, | ) | Western District of NC |
| d/b/a/ KREATURES OF THE | | |
| SOUTH INTERNATIONAL, and ROY | | |
| DAMM, a Nevada Resident, d/b/a | | |
| KISS VISSION, | | |
| | | CLERK'S ORDER OF DISBURSEMENT |
| Defendants. | ) | |

This matter is before the Clerk for purposes of disbursing the bond monies on deposit with the Clerk in accordance with the April 11, 2005, Order from Honorable Graham C. Mullen, Senior U.S. District Judge. That order directed the Clerk to release $1,000.00 posted by Plaintiff Kiss Catalog.

An audit of the court's accounts revealed that in addition to the $1,000.00 bond filed with the Clerk on August 8, 2004, Plaintiff also posted $1,000.00 cash bond on September 2, 2004. Per the Order of April 11, 2005, the Clerk is directed to return the additional $1,000.00 to Plaintiff.

So ORDERED this 22nd day of August, 2013.

Signed: August 22, 2013

Title of Signing Officer
United States District Court